1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   LAW OFFICES OF PAMELA Y. PRICE
2  A Professional Corporation
   Kaiser Center
3  300 Lakeside Dr., Suite 417
   Oakland CA  94612
4  Telephone:  (510) 452-0292
   Facsimile:   (510) 452-5625
5  E-mail:  pamela.price@pypesq.com

6  DARRYL PARKER, ESQ.  (STATE BAR NO. 95914)
   CIVIL RIGHTS JUSTICE CENTER PLLC
7  2150 N. 107th Street, Suite 520
   Seattle, WA 98133
8  Telephone: (206) 557-7719
   Facsimile: (206) 659-0183
9  E-mail:  dparker@civilrightsjusticecenter.com

10 Attorneys for Plaintiff
   DEJON WHITE
11

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14

15 DEJON D. WHITE,                          )   NO.  C15-03521 NC
                                            )
16            Plaintiff,                    )   [PROPOSED] ORDER GRANTING
                                            )   PLAINTIFF'S EX PARTE APPLICATION
17 v.                                       )   FOR ORDER ENLARGING CASE
                                            )   MANAGEMENT DEADLINES AND
18 STATE OF CALIFORNIA (CALIFORNIA          )   CONTINUING CASE MANAGEMENT
   DEPT. OF CORRECTIONS AND                 )   CONFERENCE
19 REHABILITATION), B. WARREN AND           )
   L.M. PENNISI, JR.,                       )
20                                          )
              Defendants.                   )
21                                          )

22

23         The Court having read and considered Plaintiff's Ex Parte Application and

24 Declaration for Order Enlarging Case Management Deadlines and continuing the Case Management

25 Conference, and good cause appearing therefore, the Court adopts the following schedule:

26 ///

27 ///

28 ///

13028P202PYP
                                            -1-
              [PROPOSED] ORDER GRANTING EX PARTE APPLICATION (C15-03521 NC)

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Meet and Confer<br>Early Settlement<br>ADR Process Selection<br>Discovery Plan<br>File Joint ADR Certificate | October 7, 2015 | November 18, 2015 |
| File Case Management Statement | October 21, 2015 | December 2, 2015 |
| Case Management Conference | October 28, 2015 | December 9, 2015 |

**IT IS SO ORDERED**.

Dated:  __October 19, 2015__



_____
HONORABLE
UNITED

-2-
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION (C15-03521 NC)

13028P202PYP